

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Donald Wilcox and Prairie Dog
Investments, LLC, Appellants

No. 06-16-00027-CV      v.

Rebecca Staples and Cliff Staples,
Appellees

Appeal from the 7th District Court of Smith
County, Texas (Tr. Ct. No. 14-1132-A).
Memorandum Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED JUNE 15, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk